# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2006

Clifford W. Taylor,
Chief Justice

130356 & (62)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                             SC: 130356
                             COA: 250559

LARRY JAMES LONSBY,
                             St. Clair CC: 02-002798-FC
      Defendant-Appellee.

_____/

     By order of March 27, 2006, the application for leave to appeal the October 13, 2005 judgment of the Court of Appeals was held in abeyance pending the decisions in *Davis v Washington*, cert gtd __ US __; 126 S Ct 547; 163 L Ed 2d 458 (2005), and *Hammon v Indiana*, cert gtd __ US __; 126 S Ct 552; 163 L Ed 2d 459 (2005). The motion to add issues is GRANTED. On order of the Court, the consolidated cases having been decided on June 19, 2006, *Davis v Washington*, __ US __; 126 S Ct 2266; 165 L Ed 2d 224 (2006), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006

                                  Clerk

p0907